WILLIAM H. GEARY et al., Appellants-Respondents, v. DADE DEVELOPMENT CORP., Respondent-Appellant, et al., Defendants.—

1004

P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur. Herlihy,